On the facts found by the Court of Appeal there is no error of law in the judgment complained of.

262 So.2d 42

STATE of Louisiana ex rel. William BERSCH

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52429.

May 25, 1972.

 Considering the evidence adduced at the hearing in the trial court, the ruling is correct.

262 So.2d 43

PARISH OF EAST BATON ROUGE

v.

Elmira Harelson HARRISON et al.

No. 52448.

May 25, 1972.

 On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

262 So.2d 43

Hazel D. PICKERING, Individually and as Guardian of her Minor Child, Mary Jane Robbins

v.

Izel WASHINGTON and the Louisiana State Department of Highways.

No. 52458.

May 25, 1972.

The judgment is correct.